```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RONALD RESH; and                       )
VALERIE RESH, individually and as      )    Civil Action
  Trustees of the Resh Living Trust    )    No. 11-cv-01924
                                       )
        Plaintiffs                     )
                                       )
   v.                                  )
                                       )
REALTY CONCEPTS,                       )
                                       )
        Defendant                      )
```

O R D E R

NOW, this 5th day of February, 2016, upon consideration of the following documents:

(1) Motion of Realty Concepts, Ltd. to Dismiss the Complaint, which motion was filed on July 30, 2012 (Document 42), together with

> Memorandum of in [sic] Support of the Motion of Realty Concepts, Ltd. to Dismiss the Amended Complaint (Document 42-1);

(2) Plaintiffs' Memorandum in Opposition to Defendant Realty Concepts'[s] Motion for Dismissal of Complaint, which memorandum in opposition was filed on August 27, 2012 (Document 43);

(3) Memorandum in Further Support of the Motion of Realty Concepts, Ltd. to Dismiss the Amended Complaint, which memorandum in support was filed on September 10, 2012 (Document 44); and

(4) Plaintiffs' Memorandum in Opposition to Defendant's Claim of the Court's Lack of Personal Jurisdiction, which memorandum in opposition was filed on July 18, 2014 (Document 52);

Upon consideration of the pleadings, exhibits, affidavits, deposition and record papers; after hearing held on July 21, 2014; after argument held that same date; and for the reasons expressed in the accompanying Opinion,

    IT IS ORDERED that defendant's motion to dismiss is granted.

    IT IS FURTHER ORDERED that plaintiffs' Amended Complaint (Document 41) is dismissed without prejudice for plaintiff to file this action in an appropriate jurisdiction.

    IT IS FURTHER ORDERED that the Clerk of Court shall close this case for statistical purposes.

                                BY THE COURT:

                                /s/ JAMES KNOLL GARDNER
                                James Knoll Gardner
                                United States District Judge